**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MICHAEL SHANE WREN**
**ADC #96073**                                                                                                **PLAINTIFF**

v.                                    No. 5:13CV00073 KGB-JJV

**DEBRA MCAFEE, Captain,**
**Tucker Unit, ADC; et al.**                                                                            **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe Volpe (Dkt. No. 4). After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's Fourteenth Amendment Equal Protection claims against defendants fail to state a claim upon which relief may be granted and, therefore, are dismissed. Plaintiff's other claims remain pending.

DATED this 30th day of May, 2013.

_____
Kristine G. Baker
United States District Judge