IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL SHANE WREN**
**ADC #96073**                                                                                          **PLAINTIFF**

**v.**                              Case No. 5:13-cv-00073 KGB-JJV

**DEBRA MCAFEE, Captain,**
**Tucker Unit, ADC; et al.**                                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 48). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Defendants' motions for summary judgment are granted (Dkt. Nos. 39, 43).

2. Plaintiff's complaint is dismissed with prejudice.

SO ORDERED this 24th day of April, 2014.

_____
Kristine G. Baker
United States District Judge